JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERON HOLLINS,** | ) NO. SACV 19-2487-FMO (KS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| | ) |
| **GEORGE JAIME, Warden,** | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 4, 2020

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE